# UNITED STATES DISTRICT COURT

Northern District of Texas

Marie Angie Fuentes

V.

**SUMMONS IN A CIVIL CASE**

John E. Potter, Postmaster General
U.S. Postal Service

CASE NUMBER: 304CV1859-B

TO: (Name and address of Defendant)

John E. Potter, Postmaster General
475 L'Enfant Plaza S.W.
Washington, DC 20260-0010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rebecca L. Fisher
Rebecca L. Fisher & Associates
P.O. Box 417
McGregor, TX 76657

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

CLERK *Nicole Phillips*

(By) DEPUTY CLERK

DATE *September 1, 2004*