ORIGINAL

⋇AO 440 (Rev. 8/01) Summons in a Civil Action

3:04cv1859-B

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9-1-04 |
| NAME OF SERVER (PRINT) Amy Medina | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): certified mail return receipt requested 7003 1680 0000 7067 2094

NORTHERN DISTRICT OF TEXAS
FILED
OCT 14 2004
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 25.00 | TOTAL 25.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-1-04
Date

Signature of Server: Amy Medina

Address of Server: 6801 Tennyson Dr. #232 Waco TX 76455

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Ashcroft
   Dept of Justice
   10th Street & Constitution Ave NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name) _____   C. Date of Delivery SEP 07 2004

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Fuentes

2. Article Number (Transfer from service label):  7003 1680 0000 7067 2094

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540